The Honorable Michelle L. Peterson

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT ALBERT, an individual<br><br>Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA, a Delaware Corporation,<br><br>Defendant. | Case No. 2:19-cv-00510 RAJ - MLP<br><br>**STIPULATED MOTION EXTENDING DATE FOR ANSWER** |

Plaintiff Robert Albert and Defendant Laboratory Corporation of America, by and through the undersigned, respectfully request that the Court's deadline to Answer the Complaint be extended until April 30, 2019.

Defendant removed this matter to the United States District Court for the Western District of Washington at Seattle on April 8, 2019. Defendant's current time to answer, move against, or otherwise respond to the Complaint is April 15, 2019. Counsel for the parties have conferred and agreed to extend the time for Defendant to answer, move against, or otherwise respond to the Complaint until April 30, 2019 if so permitted by the Court. Declaration of Jeffrey A. James, ¶3

Accordingly, the Parties respectfully move the Court to extend the time for Defendant to answer, move against, or otherwise respond to the Complaint until April 30, 2019.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

STIPULATED MOTION TO EXTEND TIME TO ANSWER - 1
Case No. 2:19-cv-00510 RAJ - MLP

**SEBRIS BUSTO JAMES**
14205 S.E. 36th Street – Suite 325
Bellevue, Washington 98006
Phone: (425) 454-4233

| | |
|---|---|
| 1 | DATED: April 11, 2019 |
| 2 | SEBRIS BUSTO JAMES |
| 3 | By: /s/ *Jeffrey A. James*<br>Jeffrey A. James, WSBA #18277 |
| 4 | 14205 SE 36th Street, Suite 325<br>Bellevue, Washington 98006 |
| 5 | Telephone: (425) 454-4233<br>jaj@sebrisbusto.com |
| 6 | jrossiter@sebrisbusto.com |
| 7 | *Attorneys for Defendant*<br>*Laboratory Corporation of America* |
| 8 | |
| 9 | KELLEY DRYE & WARREN LLP |
| 10 | By: */s/ Robert I. Steiner*<br>Robert I. Steiner, Pro Hac Vice |
| 11 | Steven R. Nevolis, Pro Hac Vice<br>101 Park Avenue |
| 12 | New York, NY 10178<br>Tel: (212) 808-7800; Fax: (212) 808-7897 |
| 13 | rsteiner@kelleydrye.com<br>snevolis@kelleydrye.com |
| 14 | |
| 15 | *Attorneys for Defendant*<br>*Laboratory Corporation of America* |
| 16 | HKM EMPLOYMENT ATTORNEYS LLP |
| 17 | By: */s/ Jason A. Rittereiser*<br>Jason A. Rittereiser, WSBA # 43628 |
| 18 | 600 Stewart Street, Suite 901<br>Seattle, WA 98101 |
| 19 | Tel: (206) 838-2504<br>jrittereiser@hkm.com |
| 20 | *Attorneys for Plaintiff* |

STIPULATED MOTION TO EXTEND TIME TO ANSWER - 2
Case No. 2:19-cv-00510 RAJ - MLP

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 12, 2019

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATED MOTION TO EXTEND TIME TO ANSWER - 3
Case No. 2:19-cv-00510 RAJ - MLP

**SEBRIS BUSTO JAMES**
14205 S.E. 36th Street – Suite 325
Bellevue, Washington 98006
Phone: (425) 454-4233