# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **ROBERT ALBERT**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**LABORATORY CORPORATION OF AMERICA**, a Delaware Corporation,<br><br>Defendant. | Case No. 2:19-CV-00510 RAJ-MLP<br><br>**ORDER GRANTING STIPULATION OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**Hearing Date: November 12, 2019**<br>**Without Oral Argument** |
| **LABORATORY CORPORATION OF AMERICA**, a Delaware Corporation,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>**ROBERT ALBERT**, an individual,<br><br>Counterclaim-Defendant. | |

It is now ORDERED that the Stipulated Motion for Withdrawal and Substitution of Counsel is GRANTED.

DATED this 13th day of November, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING STIPULATION OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL – 1
*Albert v. Laboratory Corporation of America* – Case No. 2:19-cv-00510

SEBRIS BUSTO JAMES
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
Tel: 425-454-4233 – Fax: 425-453-9005

Presented by:

| | |
|---|---|
| SEBRIS BUSTO JAMES | KELLEY DRYE & WARREN LLP |
| By: *s/ Jeffrey A. James*<br>Jeffrey A. James, WSBA #18277 | By: /s/ Steven R. Nevolis<br>Steven R. Nevolis, Pro Hac Vice |
| By: */s/ B. Jason Rossiter*<br>B. Jason Rossiter, WSBA #44732 | By: /s/ Diana Hamar<br>Diana Hamar, Pro Hac Vice |
| 14205 SE 36th St., Suite 325<br>Bellevue, Washington 98006<br>(425) 454-4233<br>jaj@sebrisbusto.com<br>mkelly@sebrisbusto.com | 101 Park Avenue<br>New York, NY 10178<br>(212) 808-7800<br><br>Attorneys for Defendant<br>Laboratory Corporation of America |
| Attorneys for Defendant<br>Laboratory Corporation of America | |

ORDER GRANTING STIPULATION OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL – 2
*Albert v. Laboratory Corporation of America* – Case No. 2:19-cv-00510

SEBRIS BUSTO JAMES
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
Tel: 425-454-4233 – Fax: 425-453-9005

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM / ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM /ECF System. The NEF for the foregoing specifically identifies recipients of the electronic notice.

/s/ *Nani Vo*
Nani Vo

ORDER GRANTING STIPULATION OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL – 3
*Albert v. Laboratory Corporation of America* – Case No. 2:19-cv-00510

SEBRIS BUSTO JAMES
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
Tel: 425-454-4233 – Fax: 425-453-9005