UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT ALBERT,

                Plaintiff,

    v.

LABORATORY CORPORATION OF AMERICA,

                Defendant.

Case No. C19-510-RAJ-MLP

ORDER

Having reviewed the parties' stipulated motion to continue the trial date and pretrial deadlines (dkt. # 42), the Court hereby GRANTS a continuance of the trial and pretrial schedule. Trial will be scheduled by the Court with the following pretrial schedule:

| Event | Date |
| --- | --- |
| Plaintiff's reports of expert witnesses under FRCP 26(a)(2) due | 2/19/2020 |
| Defendant's reports of expert witnesses under FRCP 26(a)(2) due | 3/2/2020 |
| Rebuttal expert disclosures | 3/16/2020 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR7(d)) | 4/27/2020 |
| Discovery to be completed by | 5/18/2020 |

ORDER - 1

| | |
|---|---|
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | 6/15/2020 |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the second Friday after filing | To be set by the Court |
| Agreed CR 16.1 Pretrial Order due | To be set by the Court |
| Pretrial conference | To be set by the Court |
| Trial briefs, proposed voir dire, and jury instructions due | To be set by the Court |

The dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause.

**TRIAL DATE**

A trial date will be set by the assigned District Judge, the Honorable Richard A. Jones, if the case has not been resolved by settlement.

**COOPERATION**

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

**SETTLEMENT**

If this case settles, Plaintiffs' counsel shall notify deputy clerk, Tim Farrell at (206) 370-8422 or via e-mail at: Tim_Farrell@wawd.uscourts.gov, as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate. The Clerk is directed to send copies of this

//

//

Order to all parties of record.

Dated this 20th day of November, 2019.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge