THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT ALBERT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA, a Delaware Corporation,<br><br>Defendant. | NO. 2:19-cv-00510-RAJ-MLP<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL DEADLINES** |

THIS MATTER, having come on regularly for hearing before the Court on the parties' stipulated motion to continue pretrial deadlines and the Court having considered the pleadings,

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the Stipulated Motion to Continue Pretrial Deadlines is GRANTED and pretrial deadlines are extended 90 days as follows:

| Event | Date |
|---|---|
| Plaintiff's reports of expert witnesses under FRCP 26(a)(2) due | May 19, 2020 |
| Defendant's reports of expert witnesses under FRCP 26(a)(2) due | June 1, 2020 |
| Rebuttal expert disclosures | June 15, 2020 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR7(d)) | July 27, 2020 |
| Discovery to be completed by | August 17, 2020 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | September 14, 2020 |

ORDER GRANTING STIPULATED MOTION TO CONTINUE
CASE DEADLINES - 1
(Case No. 2:19-cv-00510-RAJ-MLP)

**HKM Employment Attorneys LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

| All motions in limine must be filed by this date and notes on the motion calendar no later than the second Friday after filing | To be set by the Court |
|---|---|
| Agreed CR 16.1 Pretrial Order due | To be set by the Court |
| Pretrial conference | To be set by the Court |
| Trial briefs, proposed voir dire, and jury instructions due | To be set by the Court |
| Trial | To be set by the Court |

DATED this 7th day of February, 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

HKM EMPLOYMENT ATTORNEYS LLP

*/s/ Henry Brudney*
Donald W. Heyrich, WSBA No. 23091
Daniel Kalish, WSBA No. 35815
Jason A. Rittereiser, WSBA No. 43628
Rachel M. Emens, WSBA No. 49047
Henry Brudney, WSBA No. 52602
600 Stewart Street, Suite 901
Seattle, WA 98101
Phone: (206) 838-2504
Fax:    (206) 260-3055
Email:   dheyrich@hkm.com
         dkalish@hkm.com
         jrittereiser@hkm.com
         remens@hkm.com
         hbrudney@hkm.com

*Attorneys for Plaintiff Robert Albert*

SEBRIS BUSTO JAMES

*/s/ Jeffrey A. James*
Jeffrey A. James, WSBA No. 18277
B. Jason Rossiter, WSBA No. 44732
14205 SE 36th Street, Suite 325
Bellevue, WA 98006
Phone: 425-454-4233
E-Mail: jaj@sebrisbusto.com
         jrossiter@sebrisbusto.com

KELLEY DRYE & WARREN LLP

*/s/ Robert I. Steiner*
Robert I. Steiner, Pro hac vice
Diana Hamar, Pro hac vice
101 Park Avenue
New York, NY 10178
Phone: 212-808-7800
Fax:    212-808-7897

*Attorneys for Defendant Laboratory Corporation of America*

ORDER GRANTING STIPULATED MOTION TO CONTINUE
CASE DEADLINES - 2
(Case No. 2:19-cv-00510-RAJ-MLP)

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington  98101
(206) 838-2504