THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT ALBERT, an individual,

               Plaintiff,

vs.

LABORATORY CORPORATION OF AMERICA, a Delaware Corporation,

               Defendant.

NO. 2:19-cv-00510-RAJ-MLP

**ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL DEADLINES**

THIS MATTER, having come on regularly for hearing before the Court on the parties' stipulated motion to continue pretrial deadlines and the Court having considered the pleadings,

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the Stipulated Motion to Continue Pretrial Deadlines is GRANTED and pretrial deadlines are extended 90 days as follows:

| Event | Date |
| --- | --- |
| Plaintiff's reports of expert witnesses under FRCP 26(a)(2) due | August 17, 2020 |
| Defendant's reports of expert witnesses under FRCP 26(a)(2) due | August 31, 2020 |
| Rebuttal expert disclosures | September 14, 2020 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR7(d)) | October 25, 2020 |
| Discovery to be completed by | November 16, 2020 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | December 14, 2020 |

ORDER GRANTING STIPLUATED MOTION TO CONTINUE CASE DEADLINES - 1
(Case No. 2:19-cv-00510-RAJ-MLP)

HKM Employment Attorneys LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

| All motions in limine must be filed by this date and notes on the motion calendar no later than the second Friday after filing | To be set by the Court |
|---|---|
| Agreed CR 16.1 Pretrial Order due | To be set by the Court |
| Pretrial conference | To be set by the Court |
| Trial briefs, proposed voir dire, and jury instructions due | To be set by the Court |
| Trial | To be set by the Court |

DATED this 15th day of May, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

| HKM EMPLOYMENT ATTORNEYS LLP | SEBRIS BUSTO JAMES |
|---|---|
| /s/ Henry Brudney | /s/ Jeffrey A. James |
| Donald W. Heyrich, WSBA No. 23091 | Jeffrey A. James, WSBA No. 18277 |
| Daniel Kalish, WSBA No. 35815 | B. Jason Rossiter, WSBA No. 44732 |
| Jason A. Rittereiser, WSBA No. 43628 | 14205 SE 36th Street, Suite 325 |
| Rachel M. Emens, WSBA No. 49047 | Bellevue, WA 98006 |
| Henry Brudney, WSBA No. 52602 | Phone: 425-454-4233 |
| 600 Stewart Street, Suite 901 | E-Mail: jaj@sebrisbusto.com |
| Seattle, WA 98101 | jrossiter@sebrisbusto.com |
| Phone: (206) 838-2504 | |
| Fax:   (206) 260-3055 | KELLEY DRYE & WARREN LLP |
| Email:  dheyrich@hkm.com | |
|         dkalish@hkm.com | /s/ Robert I. Steiner |
|         jrittereiser@hkm.com | Robert I. Steiner, Pro hac vice |
|         remens@hkm.com | Diana Hamar, Pro hac vice |
|         hbrudney@hkm.com | 101 Park Avenue |
| | New York, NY 10178 |
| *Attorneys for Plaintiff Robert Albert* | Phone: 212-808-7800 |
| | Fax:   212-808-7897 |
| | |
| | *Attorneys for Defendant Laboratory Corporation of America* |

ORDER GRANTING STIPLUATED MOTION TO CONTINUE CASE DEADLINES - 2
(Case No. 2:19-cv-00510-RAJ-MLP)

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington  98101
(206) 838-2504