THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT ALBERT, an individual,

Plaintiff,

vs.

LABORATORY CORPORATION OF AMERICA, a Delaware Corporation,

Defendant.

NO. 2:19-cv-00510-RAJ-MLP

**ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL DEADLINES**

THIS MATTER, having come on regularly for hearing before the Court on the parties' stipulated motion to continue pretrial deadlines and the Court having considered the pleadings,

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the Stipulated Motion to Continue Pretrial Deadlines is GRANTED and pretrial deadlines are extended sixty (60) days as follows:

| Event | Date |
|---|---|
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR7(d)) | December 24, 2020 |
| Discovery to be completed by | January 15, 2021 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | February 15, 2021 |
| All motions in limine must be filed by this date and notes on the motion calendar no later than the second Friday after filing | To be set by the Court |
| Agreed CR 16.1 Pretrial Order due | To be set by the Court |
| Pretrial conference | To be set by the Court |

ORDER GRANTING STIPULATED MOTION TO CONTINUE
CASE DEADLINES - 1
(Case No. 2:19-cv-00510-RAJ-MLP)

**HKM Employment Attorneys LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

| Trial briefs, proposed voir dire, and jury instructions due | To be set by the Court |
|---|---|
| Trial | To be set by the Court |

DATED this 30th day of September, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Henry Brudney*
    Donald W. Heyrich, WSBA No. 23091
    Daniel Kalish, WSBA No. 35815
    Jason A. Rittereiser, WSBA No. 43628
    Rachel M. Emens, WSBA No. 49047
    Henry Brudney, WSBA No. 52602
    600 Stewart Street, Suite 901
    Seattle, WA 98101
    Phone: (206) 838-2504
    Fax: (206) 260-3055
    Email: dheyrich@hkm.com
          dkalish@hkm.com
          jrittereiser@hkm.com
          remens@hkm.com
          hbrudney@hkm.com

*Attorneys for Plaintiff Robert Albert*

SEBRIS BUSTO JAMES

By: */s/ Jeffrey A. James*
    Jeffrey A. James, WSBA No. 18277
    B. Jason Rossiter, WSBA No. 44732
    14205 SE 36th Street, Suite 325
    Bellevue, WA 98006
    Phone:  425-454-4233
    E-Mail: jaj@sebrisbusto.com
           jrossiter@sebrisbusto.com

KELLEY DRYE & WARREN LLP

By: */s/ Robert I. Steiner*
    Robert I. Steiner, Pro hac vice
    Diana Hamar, Pro hac vice
    101 Park Avenue
    New York, NY 10178
    Phone: 212-808-7800; Fax: 212-808-7897

*Attorneys for Defendant Laboratory Corporation of America*

ORDER GRANTING STIPULATED MOTION TO CONTINUE
CASE DEADLINES - 2
(Case No. 2:19-cv-00510-RAJ-MLP)

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington  98101
(206) 838-2504