THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT ALBERT, an individual,

                   Plaintiff,

vs.

LABORATORY CORPORATION OF AMERICA, a Delaware Corporation,

                   Defendant.

CASE NO. C19-510-RAJ-MLP

**ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY DEADLINES**

THIS MATTER, having come on regularly for hearing before the Court on the parties' stipulated motion to continue pretrial deadlines and the Court having considered the pleadings,

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the Stipulated Motion to Continue Discovery Deadlines is GRANTED, and pretrial deadlines are extended forty-five (45) days as follows:

| **Event** | **Date** |
|---|---|
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR7(d)) | February 8, 2021 |
| Discovery to be completed by | March 1, 2021 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | March 29, 2021 |
| All motions in limine must be filed by this date and notes on the motion calendar no later than the second Friday after filing | To be set by the Court |
| Agreed CR 16.1 Pretrial Order due | To be set by the Court |
| Pretrial conference | To be set by the Court |

ORDER GRANTING STIPLUATED MOTION TO CONTINUE
DISCOVERY DEADLINES - 1
(Case No. C19-510-RAJ-MLP)

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

| | | |
|---|---|---|
| 1 | Trial briefs, proposed voir dire, and jury instructions due | To be set by the Court |
| 2 | Trial | To be set by the Court |

DATED this 28th day of December, 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

| | |
|---|---|
| HKM EMPLOYMENT ATTORNEYS LLP | SEBRIS BUSTO JAMES |
| By: */s/ Henry Brudney*<br>    Donald W. Heyrich, WSBA No. 23091<br>    Daniel Kalish, WSBA No. 35815<br>    Jason A. Rittereiser, WSBA No. 43628<br>    Rachel M. Emens, WSBA No. 49047<br>    Henry Brudney, WSBA No. 52602<br>    600 Stewart Street, Suite 901<br>    Seattle, WA 98101<br>    Phone: (206) 838-2504<br>    Fax: (206) 260-3055<br>    Email: dheyrich@hkm.com<br>           dkalish@hkm.com<br>           jrittereiser@hkm.com<br>           remens@hkm.com<br>           hbrudney@hkm.com<br><br>*Attorneys for Plaintiff Robert Albert* | By: */s/ Jeffrey A. James*<br>    Jeffrey A. James, WSBA No. 18277<br>    B. Jason Rossiter, WSBA No. 44732<br>    15375 SE 30th Pl., Suite 310<br>    Bellevue, WA 98007<br>    Phone: 425-450-3384<br>    E-Mail: jaj@sebrisbusto.com<br>            jrossiter@sebrisbusto.com<br><br>KELLEY DRYE & WARREN LLP<br><br>By: */s/ Robert I. Steiner*<br>    Robert I. Steiner, Pro hac vice<br>    Diana Hamar, Pro hac vice<br>    101 Park Avenue<br>    New York, NY 10178<br>    Phone: 212-808-7800; Fax: 212-808-7897<br><br>*Attorneys for Defendant Laboratory Corporation of America* |

ORDER GRANTING STIPLUATED MOTION TO CONTINUE
DISCOVERY DEADLINES - 2
(Case No. C19-510-RAJ-MLP)

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington  98101
(206) 838-2504