UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT ALBERT,

           Plaintiff,

    v.

LABORATORY CORPORATION OF AMERICA,

           Defendant.

Case No. C19-510 RAJ-MLP

ORDER

      On February 2, 2021, the Court held a telephonic conference regarding the parties' dispute over: (1) whether Plaintiff should be granted leave to take the deposition of Defendant's expert witness; and (2) whether 20 additional witnesses should be excluded, or, in the alternative, Plaintiff should be granted leave to depose the witnesses. Having considered the parties submissions (dkt. ## 92, 93), oral argument, the balance of the record, and the governing law, the Court finds the following:

    (1) Plaintiff may move forward with a deposition of Defendant's expert.

    (2) Plaintiff shall review Defendant's discovery responses and propose a reasonable amount of depositions to Defendant based on its review. If the parties cannot agree on

ORDER - 1

the proposed depositions, they may contact the Court for an additional telephonic hearing.

(3) The discovery deadline is continued by two weeks.

The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this 3rd day of February, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2