THE HONORABLE RICHARD A. JONES

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT ALBERT, an individual,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA, a Delaware Corporation<br><br>Defendant<br><br>LABORATORY CORPORATION OF AMERICA, a Delaware Corporation<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>ROBERT ALBERT, an individual,<br><br>Counterclaim-Defendant. | NO. 2:19-cv-00510 RAJ - MLP<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES TO FILE OPPOSITION PAPERS TO THE PARTIES' DISPOSITIVE MOTIONS (DKTS. 106 and 110)** |

This matter came before the Court on the parties' Stipulated Motion to Extend Deadlines to File Opposition Papers to the Parties' Dispositive Motions (Dkts. 106 and 110) and the Court having considered the pleadings:

ORDERS that the Stipulated Motion to Extend Deadlines to File Opposition Papers to the Parties' Dispositive Motions is GRANTED and the noting dates for the parties' respective summary judgment motions are continued seven (7) days, moving the deadline for opposition

ORDER GRANTING
STIPULATED MOTION TO EXTEND DEADLINES
*Albert v. Laboratory Corporation of America* – Case No. 2:19-cv-00510

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

papers to Plaintiff's Motion for Partial Summary Judgment from April 12 to April 19, 2021, the deadline for opposition papers to Labcorp's Motion for Summary Judgment from April 19 to April 26, 2021, and moving the parties' corresponding reply deadlines to April 23, 2021 and April 30, 2021, respectively.

Dated this 1st day of April, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

| HKM EMPLOYMENT ATTORNEYS LLP | SEBRIS BUSTO JAMES |
|---|---|
| By: /s/ Henry Brudney<br>Donald W. Heyrich, WSBA No. 23091<br>Daniel Kalish, WSBA No. 35815<br>Jason A. Rittereiser, WSBA No. 43628<br>Rachel M. Emens, WSBA No. 49047<br>Henry Brudney, WSBA No. 52602<br>600 Stewart Street, Suite 901<br>Seattle, WA 98101<br>Phone: (206) 838-2504<br>Fax: (206) 260-3055<br>Email: dheyrich@hkm.com<br>         dkalish@hkm.com<br>         jrittereiser@hkm.com<br>         remens@hkm.com<br>         hbrudney@hkm.com<br><br>*Attorneys for Plaintiff Robert Albert* | By */s/* Jeffrey A. James<br>Jeffrey A. James, WSBA #18277<br>B. Jason Rossiter, WSBA #44732<br>15375 SE 30th Pl. Suite 310<br>Bellevue, Washington 98007<br>(425) 454-4233<br>jaj@sebrisbusto.com<br>jrossiter@sebrisbusto.com<br><br>KELLEY DRYE & WARREN LLP<br><br>By */s/* Robert I. Steiner<br>Robert I. Steiner, Pro Hac Vice<br>Rebecca S. Blake, Pro Hac Vice<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897<br>rsteiner@kelleydrye.com<br>rblake@kelleydrye.com<br>*Attorneys for Defendant Laboratory Corporation of America Holdings* |

ORDER GRANTING
STIPULATED MOTION TO EXTEND DEADLINES
*Albert v. Laboratory Corporation of America* – Case No. 2:19-cv-00510

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005