THE HONORABLE MICHELLE L. PETERSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT ALBERT, an individual,<br><br>           Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA, a Delaware Corporation,<br><br>           Defendant. | NO. 2:19-cv-00510-RAJ-MLP<br><br>**ORDER GRANTING STIPULATED MOTION TO SEAL** |

THIS MATTER, having come on regularly for hearing before the Court on the parties' Stipulated Motion to Seal ("Motion"), and the Court having considered the pleadings,

IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is GRANTED insofar as allowing Plaintiff to present for the Court's consideration of Plaintiff's Opposition to Defendant's Motion for Summary Judgment, as well as documents and testimony filed in support of the Opposition to Defendant's Motion for Summary Judgment, in compliance with the parties' protective order. (Dkt. #34).

DATED this 27th day of April, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO SEAL - 1
(Case No. 2:19-cv-00510-RAJ-MLP)

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

Presented by:

HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ Henry Brudney*
    Donald W. Heyrich, WSBA No. 23091
    Daniel Kalish, WSBA No. 35815
    Jason A. Rittereiser, WSBA No. 43628
    Rachel M. Emens, WSBA No. 49047
    Henry Brudney, WSBA No. 52602
    600 Stewart Street, Suite 901
    Seattle, WA 98101
    Phone: (206) 838-2504
    Fax: (206) 260-3055
    Email: dheyrich@hkm.com
           dkalish@hkm.com
           jrittereiser@hkm.com
           remens@hkm.com
           hbrudney@hkm.com

*Attorneys for Plaintiff Robert Albert*

SEBRIS BUSTO JAMES

By: */s/ Jeffrey A. James*
    Jeffrey A. James, WSBA No. 18277
    B. Jason Rossiter, WSBA No. 44732
    15375 SE 30th Pl., Suite 310
    Bellevue, WA 98007
    Phone: 425-450-3384
    E-Mail: jaj@sebrisbusto.com
            jrossiter@sebrisbusto.com

KELLEY DRYE & WARREN LLP

By: */s/ Robert I. Steiner*
    Robert I. Steiner, Pro hac vice
    Diana Hamar, Pro hac vice
    101 Park Avenue
    New York, NY 10178
    Phone: 212-808-7800; Fax: 212-808-7897

*Attorneys for Defendant Laboratory Corporation of America*

ORDER GRANTING STIPULATED MOTION
TO SEAL - 2
(Case No. 2:19-cv-00510-RAJ-MLP)

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, Washington  98101
(206) 838-2504