THE HONORABLE RICHARD A. JONES

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| ROBERT ALBERT, an individual, | |
| Plaintiff and Counterclaim-Defendant, | NO. 2:19-cv-00510 RAJ - MLP |
| v. | |
| LABORATORY CORPORATION OF AMERICA, a Delaware Corporation | **ORDER GRANTING LABCORP'S MOTION NUNC PRO TUNC TO EXCEED THE PAGE LIMIT FOR OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATION** |
| Defendant | |
| LABORATORY CORPORATION OF AMERICA, a Delaware Corporation | |
| Counterclaim-Plaintiff, | |
| v. | |
| ROBERT ALBERT, an individual, | |
| Counterclaim-Defendant. | |

This matter comes before the Court on Defendant/Counterclaim-Plaintiff Laboratory Corporation of America's ("Labcorp") motion *nunc pro tunc*, to exceed the page limit for objections to a magistrate judge's order or recommended disposition set forth in Local Rule 72, or alternatively, pursuant to Local Rule 7(l) to allow its objection to be renoted to allow compliance with Local Rule 72's applicable page limitations.

---

ORDER GRANTING MOTION
TO EXCEED PAGE LIMIT
*Albert v. Laboratory Corporation of America* – Case No. 2:19-cv-00510

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

1

On review of the motion and the record, it is hereby ORDERED that Labcorp's motion is GRANTED.  Labcorp is permitted to exceed the page limit for objections to a magistrate judge's order or recommended disposition up to a total of 24 pages.

Dated this 25th day of August, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION
TO EXCEED PAGE LIMIT
*Albert v. Laboratory Corporation of America* – Case No. 2:19-cv-00510

SEBRIS BUSTO JAMES
15375 SE 30th Pl., Suite 310
Bellevue, Washington 98007
Tel: 425-454-4233 – Fax: 425-453-9005

2